No. 221. C. S. GIBSON, SHERIFF, *v.* NATIONAL BOND & INVESTMENT COMPANY. Error to the District Court of the United States for the District of Kansas. Submitted March 10, 1927. Decided March 14, 1927. *Per Curiam.* Dismissed for want of jurisdiction under § 238 of the Judicial Code as amended by the Act of February 13,

1925 (43 Stat. 936). *Messrs. C. B. Griffith, Roland Boynton,* and *William A. Smith* for plaintiff in error. *Messrs. Clay C. Rogers* and *John W. Creekmore* for defendant in error.